### GURWITZ v. WEIR.

(Supreme Court, Appellate Division, Second Department. June 29, 1908.)

CARRIERS—CARRIAGE OF GOODS—ACTIONS AGAINST CARRIERS—TITLE TO GOODS.
Where plaintiff received by express goods for inspection, to be returned to the sender within five days if they did not suit him, and he returned them by defendant express company, he cannot recover from defendant for their loss en route, since he did not own the goods.

Appeal from Municipal Court of New York.

Action by Charles Gurwitz against Levi C. Weir, as president of the Adams Express Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before WOODWARD, JENKS, HOOKER, GAYNOR, and RICH, JJ.

Frank Callahan, for appellant.
Joseph V. Flynn, for respondent.

GAYNOR, J. The plaintiff has recovered a judgment for $167.50 for goods shipped by him by the defendant express company and lost by it. It is enough that the plaintiff did not own the goods. He received them by express for inspection and to be returned to the sender within five days if they did not suit him, and he returned them by the defendant. The person to bring the suit is the owner. Sweet v. Barney, 23 N. Y. 335; Krulder v. Ellison, 47 N. Y. 36, 7 Am. Rep. 402.

The judgment must be reversed.

Judgment and order of the Municipal Court reversed, and new trial ordered; costs to abide the event. All concur.